■ INDYMAC VENTURE, LLC, Respondent, v TIBBETT, LLC, Appellant, et al., Defendants. [993 NYS2d 501]—Orders, Supreme Court, Bronx County (Howard H. Sherman, J.), entered October 8, 2013, which, among other things, granted plaintiff's motion for summary judgment against defendant Tibbett, LLC on its claims for foreclosure of a mortgage on real property and for reform of the mortgage nunc pro tunc to describe the encumbered property as "Block 5827 Lot 1634, formerly part of Lot 1635 on the Tax Map of the City of New York," unanimously affirmed, with costs.

The documentary evidence submitted by plaintiff, including a copy of a mortgage and note executed by defendant in June 2007, applications prepared by defendant stating an intention to subdivide the mortgaged property into two lots, and releases showing partial payment on the mortgage and release of the mortgage on one of the subdivided lots, shows that the unpaid portion of the mortgage encumbered the lot upon which plaintiff seeks to foreclose (*see generally 71 Clinton St. Apts. LLC v 71 Clinton Inc.*, 114 AD3d 583, 584 [1st Dept 2014]). Defendant's vague protests that the mortgage does not encumber this property are insufficient to raise a triable issue of fact. Concur—Tom, J.P., Friedman, Acosta, DeGrasse and Gische, JJ.